# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RUDY DAVILA,<br><br>  Defendant. | Case No.  5:18-CR-0064-JGB<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will reasonably assure:

☒ the appearance of defendant as required; and/or

☒ the safety of any person or the community.

//
//
//

The Court concludes:

☒ Defendant poses a risk of nonappearance, and the Court finds that defendant has not demonstrated by clear and convincing evidence that she does not pose such a risk.  The risk of nonappearance is based on:  No viable bail resources; outstanding warrant for failure to appear; loss of contact with Probation Office; prior supervised release revocations; history of substance abuse

☒ Defendant poses a danger to the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk.  The risk of danger is based on: Allegations in petition; history of substance abuse.

IT IS THEREFORE ORDERED that the defendant be detained.

Dated:  05/13/2020                    _____
                                       HON. ROZELLA A. OLIVER
                                       UNITED STATES MAGISTRATE JUDGE